**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: December 30, 2010**

_____

BK1012727
TJK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-63053 |
| Roshonda Sherice Stevens | Chapter 7 |
| | Judge Preston |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #12) FOR PROPERTY LOCATED AT (2575 AGLER ROAD COLUMBUS, OH 43224)** |

    This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. successor by merger to The Leader Mortgage Company, LLC successor by merger to The Leader Mortgage Company on December 2, 2010 as document number 12. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested with respect to the property located

at 2575 Agler Road  Columbus, OH 43224.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is, **terminated with regard to the interest in the real property held by Movant, its successors and assigns, in order to permit Creditor, its successors and assigns to exercise its State law remedies.**

**SO ORDERED**

/s/ Erin A Jochim
Erin A Jochim, Case Attorney
Bar Registration No.0077062
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3920
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Secretary of Housing and Urban Development
United States of America-c/o Attorney General.
U.S. Department of Justice, Constitution & 10th Street NW, Room 5111
Washington, DC 20530
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###